**Motion Granted and Order filed June 17, 2014**



In The

# Fourteenth Court of Appeals

———————

NO.  14-14-00231-CV

———————

**LINDA JACKSON AND TERRY JACKSON, Appellants**

**V.**

**CITY OF BAYTOWN, Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-09168**

---

## O R D E R

Appellants have filed a motion to supplement the clerk's record.  Appellee filed no response.  The motion is granted.  *See* Tex. R. App. P. 34.5(c)(1).

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before June 27, 2014, containing Exhibit G to the City of Baytown's Plea to the Jurisdiction and Motion for Summary Judgment filed December 20, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM